UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FANESSA FULLER,
a Georgia resident,

      Plaintiff,

v.

LENDER PROCESSING SERVICES, INC., a
Florida corporation,

      Defendant.
_____/

CASE NO: 3-11-CV-1218-J-34JRK

## DEFENDANT'S NOTICE OF PENDING SETTLEMENT

Defendant, Lender Processing Services, Inc. ("LPS"), by and through its undersigned counsel, hereby advises the Court in accordance with Local Rule 3.08(a) that a settlement in principle has been reached between the parties as to all claims asserted by Plaintiff Fanessa Fuller against LPS in this action. The parties are in the process of drafting and finalizing settlement documents and will provide notice to the Court when the settlement is finalized.

Respectfully submitted this 22nd day of May, 2012.

**TAYLOR, DAY, GRIMM, BOYD & JOHNSON**

*/s/ Latasha Garrision-Fullwood*
**BRADLEY R. JOHNSON**
Florida Bar No.: 147620
Email: brj@taylordaylaw.com
**LATASHA GARRISON-FULLWOOD**
Florida Bar No.: 180602
Email: lgf@taylordaylaw.com
**SHALISA M. FRANCIS**
Florida Bar No.: 058921
Email: smf@taylordaylaw.com
50 N. Laura Street, Suite 3500
Jacksonville, FL 32202
(904) 356-0700 (Telephone)
(904) 356-3224 (Facsimile)
Attorneys for Lender Processing Services, Inc.

## **CERTIFICATE OF SERVICE**

    I **HEREBY CERTIFY** that on this 22nd day of May, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                            /s/ Latasha Garrison-Fullwood  
                                            Attorney