**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FANESSA FULLER,

    Plaintiff,

v.   Case No.: 3:11-cv-1218-J-34JRK

LENDER PROCESSING SERVICES, INC.,

    Defendant.
_____/

**O R D E R**

**THIS MATTER** comes before the Court on Defendant's Notice of Pending Settlement (Dkt. No. 18; Notice) filed on May 22, 2012. In the Notice, Defendant advises the Court that the parties have reached a settlement in this matter. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **July 23, 2012**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **July 23, 2012**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for January 22, 2013, is cancelled, and this case is removed from the February 2013, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida, this 23rd day of May, 2012.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record