UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FANESSA FULLER,
a Georgia resident,

        CASE NO: 3-11-CV-1218-J-34JRK

Plaintiff,

v.

LENDER PROCESSING SERVICES, INC., a
Florida corporation,

Defendant.
_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties, by and through undersigned counsel, hereby give notice to the court that the parties dismiss the case captioned above with prejudice.

Dated this 25th day of June, 2012.

Respectfully submitted,

| **DELEGAL LAW OFFICES, P.A.** | **TAYLOR, DAY, GRIMM, BOYD & JOHNSON** |
|---|---|
| */s/ Tad Delegal* | /s/ Latasha Garrison-Fullwood |
| **T.A. DELEGAL, III** | **BRADLEY R. JOHNSON** |
| Florida Bar No.: 892701 | Florida Bar No.: 147620 |
| Email: tad@delegal.net | Email: brj@taylordaylaw.com |
| 424 E. Monroe Street | **LATASHA GARRISON-FULLWOOD** |
| Jacksonville, Florida 32202 | Florida Bar No.: 180602 |
| (904) 633-5000 (Telephone) | Email: lgf@taylordaylaw.com |
| (904) 358-2850 (Facsimile) | **SHALISA M. FRANCIS** |
| | Florida Bar No.: 058921 |
| Attorneys for Plaintiff, Fanessa Fuller | Email: smf@taylordaylaw.com |
| | 50 N. Laura Street, Suite 3500 |
| | Jacksonville, FL 32202 |
| | (904) 356-0700 (Telephone) |
| | (904) 356-3224 (Facsimile) |
| | |
| | Attorneys for Defendant, Lender Processing Services, Inc. |